

# NUMBER 13-26-00196-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

## IN RE HERMELINDA MARTINEZ RUIZ

## ON PETITION FOR WRIT OF MANDAMUS

## MEMORANDUM OPINION

### Before Chief Justice Tijerina and Justices West and Cron
### Memorandum Opinion by Justice West[1]

By petition for writ of mandamus, relator Hermelinda Martinez Ruiz[2] seeks to compel the trial court to rule on applications to probate the will of decedent Francisco Ruiz a/k/a Francisco Ruiz Oseguera.

---

[1] *See* TEX. R. APP. P. 52.8(d) ("When denying relief, the court may hand down an opinion but is not required to do so. When granting relief, the court must hand down an opinion as in any other case."); *id.* R. 47.4 (distinguishing opinions and memorandum opinions).

[2] This petition for writ of mandamus was originally titled as "*In re the Estate of Francisco Ruiz Oseguera.*" However, the party seeking relief in this original proceeding is Hermelinda Martinez Ruiz. We have corrected the style of this case accordingly. *See id.* R. 52.1, 52.2.

Mandamus is an extraordinary and discretionary remedy. *See In re Allstate Indem. Co.*, 622 S.W.3d 870, 883 (Tex. 2021) (orig. proceeding); *In re Garza*, 544 S.W.3d 836, 840 (Tex. 2018) (orig. proceeding) (per curiam); *In re Prudential Ins. Co. of Am.*, 148 S.W.3d 124, 138 (Tex. 2004) (orig. proceeding). The relator must show that (1) the trial court abused its discretion, and (2) the relator lacks an adequate remedy on appeal. *In re USAA Gen. Indem. Co.*, 624 S.W.3d 782, 787 (Tex. 2021) (orig. proceeding); *In re Prudential Ins. Co. of Am.*, 148 S.W.3d at 135–36; *Walker v. Packer*, 827 S.W.2d 833, 839–40 (Tex. 1992) (orig. proceeding). "The relator bears the burden of proving these two requirements." *In re H.E.B. Grocery Co.*, 492 S.W.3d 300, 302 (Tex. 2016) (orig. proceeding) (per curiam); *Walker*, 827 S.W.2d at 840.

The Court, having examined and fully considered the petition for writ of mandamus and the response filed by real parties in interest Everardo Ruiz, Edith Berenice Ruiz, Emiliano Ruiz, Hermelinda Gonzalez Ruiz, and Marcelina Gonzalez, is of the opinion that relator has not met her burden to obtain relief. Accordingly, we deny the petition for writ of mandamus.

JON WEST
Justice

Delivered and filed on the
30th day of March, 2026.

2